NUMBER 13-02-687-CR

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG


________________________________________________________________


JORDAN NATHANIEL GARZA , Appellant,



v.




THE STATE OF TEXAS, Appellee.

________________________________________________________________



On appeal from the 156th District Court 

of Bee County, Texas.


________________________________________________________________



MEMORANDUM OPINION



Before Justices Rodriguez, Castillo, and Kennedy (1)

Opinion Per Curiam




 Appellant, JORDAN NATHANIEL GARZA , attempted to perfect an appeal from a judgment entered by the
156th District Court of Bee County, Texas. Sentence in this cause was imposed on October 17, 2002 . No
timely motion for new trial was filed . The notice of appeal was due to be filed on November 18, 2002 , but
was not filed until November 21, 2002 . Said notice of appeal is untimely filed. Appellant filed an untimely
motion to extend time to file notice of appeal on January 13, 2003.

 Tex. R. App. P. 26.3 provides that the court of appeals may grant an extension of time for filing notice of
appeal if such notice is filed within fifteen days of the last day allowed and within the same period a motion is
filed in the court of appeals reasonably explaining the need for such extension. Appellant failed to file his
notice of appeal and motion requesting an extension of time within such period. 

 The Court, having considered the documents on file, appellant's failure to timely perfect his appeal, and
appellant's untimely motion, is of the opinion that the appeal should be dismissed for want of jurisdiction. 
Appellant's untimely motion to permit late filing of notice of appeal is dismissed. The appeal is hereby
DISMISSED FOR WANT OF JURISDICTION.

PER CURIAM

Do not publish.

Tex. R. App. P. 47.2(b).

Opinion delivered and filed this

the 17th day of April, 2003 .

1. Retired Justice Noah Kennedy assigned to this Court by the Chief Justice of the Supreme Court of Texas
pursuant to Tex. Gov't Code Ann. § 74.003 (Vernon 1998).